An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCEL WILLIAMS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66153

**FILED**

SEP 3 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction entered pursuant to a guilty plea of kidnapping in the first degree and robbery with the use of a firearm. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

The notice of appeal was filed on July 23, 2014, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b), *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), and we cannot "extend the time to file a notice of appeal except as provided in [NRAP] 4(c)," NRAP 26(b)(1)(A). Because the notice of appeal was not timely filed, we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-32493

cc: Hon. Patrick Flanagan, District Judge
Dennis W. Hough
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk
Marcel Williams